```
BANKRUPTCY LAW GROUP, PC
Chad M. Johnson, SBN: 232417
11230 Gold Express Dr, Suite 310 #361
Gold River, CA 95670-4484
Tel: 916-678-5000
Fax: 888-843-7260
ChadJ@Bankruptcylg.com

Attorneys for Debtor(s)
Tina Clark
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Tina Clark<br><br>　　　　　　　　　Debtor(s). | Case No: 15-22547<br>Chapter: 13<br>DCN: BLG-4<br>**ORDER AFTER HEARING ON MOTION TO CONFIRM FIRST MODIFIED PLAN FILED ON 10/5/2016**<br>Date: 11/14/16<br>Time: 1:30 PM<br>Judge: Honorable Michael S. McManus<br>Courtroom: 7th Floor, Court Rm 28, Dept A |

The Hearing on the MOTION TO CONFIRM FIRST MODIFIED PLAN FILED ON 10/5/2016 filed by Debtor(s) in the above-entitled matter came on for hearing on 11/14/16 at 1:30 PM, before the Honorable Judge Michael S. McManus. GOOD CAUSE APPEARING based on the MOTION TO CONFIRM FIRST MODIFIED PLAN FILED ON 10/5/2016.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

The Chapter 13 plan of the above-named Debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor(s) plan satisfies the requirements of 11 U.S.C. §1325.

Therefore, **IT IS ORDERED** that the MOTION TO CONFIRM FIRST MODIFIED PLAN FILED ON 10/5/2016 is granted and the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.　　The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

2.　　The Debtor shall immediately notify the trustee in writing of any termination, reduction of,

RECEIVED
November 21, 2016
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005930006

or other change in the employment of the Debtor; and

    3.    The Debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED**

Debtor's attorney of record was paid $1,000 prior to the filing of the case. Subject to prior court approval, additional fees of $3,000 shall be paid through this plan. Debtor's attorney will seek the court's approval by complying with Local Bankruptcy Rule 2016-1(c).

_____
Approved as to form by
Jan Johnson, Chapter 13 Trustee

Dated: November 22, 2016

By the Court

_____
Michael S. McManus
United States Bankruptcy Judge