```
2
BANKRUPTCY LAW GROUP, PC
Chad M Johnson, SBN: 232417
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Tel: 916-678-5000
Fax: 888-843-7260
ChadJ@Bankruptcylg.com
Attorneys for Debtor(s)
Tina L Clark
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT COURT OF CALIFORNIA

In re:
Tina L Clark

Debtor(s).

Case No: 15-22547
Chapter: 13
DCN: BLG-7

**STIPULATED EX PARTE MOTION TO ALLOW MODIFICATION OF DEBTORS' CHAPTER 13 PLAN PURSUANT TO LBR 3015-1(d)(3)**

The Debtor and David P Cusick. Standing Chapter 13 Trustee, jointly move to modify the plan to move Nationstar Mortgage LLC (for 1st DOT) from Class 4 to Class 3 and to adjust the percentage to unsecured.

1. Nationstar Mortgage, LLC filed a Motion for Relief from Stay on 11/26/19 (DN 170), which was granted on 1/11/20 (DN 190). Based on this Nationstar Mortgage, LLC (for 1st DOT), which is currently being treated as a Class 4, shall be treated as Class 3, to be surrendered.
2. Debtor's percentage to unsecured in Section 2.15 of her confirmed First Modified Plan (DN 74) was listed at 0%, but the Trustee later changed that as a result of an audit. The percentage to unsecured should be 50%
3. All other terms of Debtor's recently confirmed Fourth Modified Plan shall be remain the same
4. Notice to the creditors is not deemed necessary, as the modification made herein will not have a negative impact on the treatment of their claims.

///
///
///
///
///
///
///
///

IT IS HEREBY STIPULATED that Nationstar Mortgage, LLC (for 1ˢᵗ DOT) shall be treated as a Class 3 and that the percentage to unsecured shall be 50%

DATED: 2/21/20

By: /s/Chad M Johnson
Chad M Johnson, Esq.
Attorney for the Debtors

DATED: 3/17/2020

By: _____
Kristen Koo, Attorney for
David P Cusick, Chapter 13 Trustee